United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNICH RE UNDERWRITING LIMITED,<br><br>         Plaintiff,<br><br>    vs.<br><br>GLACIER BAY, INC.,<br><br>         Defendants. | Case No.: 3:13-cv-00762-SC (KAW)<br><br>ORDER REGARDING OCTOBER 4, 2013 SETTLEMENT CONFERENCE |

On September 12, 2013 and September 16, 2013, Munich Re Underwriting Limited ("Munich") and Glacier Bay, Inc. ("Glacier Bay") lodged letters with the Court, requesting that their respective insurance representatives be permitted to attend the settlement conference scheduled in the above-captioned matter by telephone. This Court's standing order specifies that parties must attend a settlement conference in person absent a showing of extraordinary hardship. While the standard has not been met in this instance, the Court is willing to permit the insurance representatives to appear by telephone at the October 4, 2013 settlement conference because of the practical considerations raised in the letters.

//

//

//

//

//

Counsel shall be responsible for ensuring that the insurance representatives are available on an open line for the entire duration of the settlement conference. Counsel shall be responsible for bringing any equipment, such as cellular telephones with speakerphone capabilities, chargers, etc., that will be necessary to facilitate the insurance representatives participation in the settlement conference by telephone.

IT IS SO ORDERED.

DATE:  September 24, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge